AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>Michael Marshall<br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  24-6200-MPK |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael MARSHALL                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

  21 U.S.C.§ 841, distribution of illegal anabolic steroids, a schedule III controlled substance

Date:     03/06/2024

Issuing officer's signature

City and state:    Boston, Massachusetts                    Hon. M. Page Kelley, United States Magistrate Judge
                                                        *Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

Arresting officer's signature

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    Michael Patrick MARSHALL

Known aliases:

Last known residence:    162 Kendrick Avenue, Apt 3, Quincy, MA 02169

Prior addresses to which defendant/offender may still have ties:

Last known employment:    T-Mobile representative

Last known telephone numbers:    857-293-3679

Place of birth:    Massachusetts, USA

Date of birth:    05/04/1986

Social Security number:    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

Height:    6' 02"                                              Weight:

Sex:    Male                                                   Race:    White

Hair:    Bald                                                   Eyes:    Blue

Scars, tattoos, other distinguishing marks:    Tattoo on right calf; tattoo on right arm

History of violence, weapons, drug use:    Possession class B & C, motor vehicle violations, assault w/ dangerous weapon, Resisting arrest, A&Bs

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:    399696RB6

Complete description of auto:    2023 gray Nissan Rogue (MA reg 3FMR39)

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: